# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

130430

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TEJUAN LAWRENCE,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130430
COA: 255574
Wayne CC: 03-014112

On order of the Court, the application for leave to appeal the December 6, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

Clerk

p0724